FIRST NATIONAL BANK OF HELENA, MONTANA TERRITORY, *Appellant, v.* JAMES K. O. SHERWOOD, *Respondent, No.* 1.— Judgment of 9th of May, 1881, reversed and new trial granted, costs to abide event; order of reference vacated. Opinion by BARNARD, P. J.

SAME *v.* SAME, No. 2.— Judgment reversed and new trial granted, costs to abide event; order of reference vacated. Opinion by BARNARD, P. J.

LONG ISLAND CITY, *Respondent, v.* JOHN HORAN, *Appellant.*— Judgment affirmed, with costs. Opinion by GILBERT, J.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK, WOODHAVEN AND ROCKAWAY RAILROAD COMPANY TO ACQUIRE LANDS. — Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.

JAMES DAVREN, *Appellant, v.* JOHN R. MORRIS, *Respondent.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

IN THE MATTER OF THE BOUNDARY LINE BETWEEN THE TOWNS OF NORTH HEMPSTEAD AND OYSTER BAY IN QUEENS COUNTY.— Order refusing writ of *certiorari* affirmed, with costs and disbursements. Opinion by GILBERT, J.

LAWRENCE ODELL, *Respondent, v.* ALEXANDER McCUE and others, *Executors, etc., Appellants.*— Order confirming report of referee and judgment entered thereon affirmed, with costs. Opinion by BARNARD, P. J.

IN THE MATTER OF THE APPLICATION OF THE CENTRAL TRUST COMPANY.— Order granted.

JOHN STRAIHN, *Respondent, v.* ISAAC SPENCE SMITH, *Appellant.*— Appeal dismissed.